# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2025

*The Court of Appeals hereby passes the following order*

**A26D0155. LAQUANDA LITTLES v. JAVIS LITTLES.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23109592



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, November 13, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.